IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00474-WDM-KLM

WILLIAM TRUJILLO, and
RONALD L. CRUZ,

    Plaintiff(s),

v.

HUERFANO COUNTY, BOARD OF COUNTY COMMISSIONERS, and
ROGER A. CAIN,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Parties' **Stipulated Motion for Entry of Proposed Protective Order** [Docket No. 25; filed October 18, 2007] (the "Motion").

    IT IS HEREBY ORDERED that the Motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated:  October 30, 2007