IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00474-WDM-KLM

WILLIAM TRUJILLO, and
RONALD L. CRUZ,

      Plaintiff(s),

v.

HUERFANO COUNTY, BOARD OF COUNTY COMMISSIONERS, and
ROGER A. CAIN,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Unopposed Motion to Modify Scheduling Order with Respect to Expert Deadlines** [Docket No. 30; filed November 5, 2007] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order will be amended to reflect that:

      The deadline to designate expert witnesses is extended up to and including **December 3, 2007**.

      The deadline to designate rebuttal expert witnesses is extended up to and including **January 3, 2008.**

      Dated:  November 6, 2007