IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00474-WDM-KLM


WILLIAM TRUJILLO, and
RONALD L. CRUZ,

        Plaintiff(s),

v.

HUERFANO COUNTY, BOARD OF COUNTY COMMISSIONERS, and
ROGER A. CAIN,

        Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on **Plaintiffs' Second Motion to Modify
Scheduling Order with Respect to Expert Deadlines** [Docket No. 33; filed December
3, 2007] (the "Motion"). The Court has reviewed the Motion, Defendants' Response
[Docket No. 36; filed December 18, 2007], the case file, and applicable case law, and is
sufficiently advised in the premises.  Accordingly, IT IS HEREBY **ORDERED** that the
Motion is **GRANTED.**

        Plaintiffs move this Court to amend the Scheduling Order [Docket No. 13] to extend
the deadline to designate expert witnesses until January 17, 2008, and the deadline to
designate rebuttal expert witnesses until February 18, 2008.  *Motion*, p.1.  As grounds,
Plaintiffs state that their decisions regarding which expert witnesses to designate will be
partly based on depositions scheduled to take place in mid-December.  *Motion*, p. 1-2.
Pursuant to Fed.R.Civ.P. 16(b), a deadline set in a scheduling order may be modified
only upon a showing of good cause. Good cause has been interpreted to mean that "scheduling
deadlines cannot be met despite a party's diligent efforts, . . . Carelessness is not
compatible with a finding of diligence and offers no reason for a grant of relief." *Jorgenson
v. Montgomery*, 2007 WL 3119549, *3 (D.Colo. 2007) (quoting *Dilmar Oil Co., Inc. v.
Federated Mutual Ins. Co.*, 986 F.Supp 959, 980 (D.S.C. 1997)).

        Defendants argue that good cause does not exist to extend the expert deadlines by

forty days, and that "Plaintiffs' requested extension imperils other case deadlines." *Response*, p. 1-2. The discovery deadline in this case is currently set for January 21, 2008, the dispositive motions deadline is set for February 21, 2008, and a final pretrial conference is set for July 8, 2008. *Scheduling Order*, [Docket No. 13; filed May 18, 2007]. Defendants believe that to allow for expert depositions, the discovery cutoff must be extended to March 31, 2008, and the dispositive motions deadline to April 30, 2008. *Response*, p. 2.

Defendants note that Plaintiffs do not state in their Motion how the December depositions will affect expert designations in this case. *Response*, p. 2. While this is true, I accept the statements of Plaintiffs' counsel as officers of the Court that these December depositions will affect Plaintiffs' decisions regarding which expert witnesses to retain. Accordingly, I find that Plaintiffs have stated good cause to amend the Scheduling Order.

IT IS HEREBY **ORDERED** that **Plaintiffs' Second Motion to Modify Scheduling Order with Respect to Expert Deadlines** [Docket No. 33; filed December 3, 2007] is **GRANTED**. The deadline to disclose expert witnesses is extended to **January 17, 2008**. The deadline to designate rebuttal expert witnesses is extended to **February 18, 2008**. The discovery deadline is extended to **March 31, 2008**. The dispositive motions deadline is extended to **April 30, 2008**. No further extensions of time will be granted and all other deadlines will remain the same.

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge


Dated:  January 7, 2008