IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00474-WDM-KLM

WILLIAM TRUJILLO, et al.,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, HUERFANO COUNTY, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion for leave to exceed page limit is granted.

Dated: May 9, 2008

                                                        s/ Jane Trexler, Judicial Assistant