IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00474-WDM-KLM

WILLIAM TRUJILLO, et al.,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, HUERFANO COUNTY, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to exceed reply page limit is granted. Defendants may file their reply within 20 days.

Dated: June 30, 2008

                              s/ Jane Trexler, Judicial Assistant